```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 15656
    MARTIN N OBERG
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
     SSN XXX-XX-3379


-----------------------------------------------------------------------------
                       TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 08/29/07 and confirmed on 11/28/07.

    2.  The case was dismissed after confirmation, 09/19/2008.

    3.  The Debtor paid a total of $   2700.00 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME             CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                            PAID         PAID
-----------------------------------------------------------------------------
LITTON LOAN SERVICING IN  CURRENT MORTG         .00            .00           .00
LITTON LOAN SERVICING IN  MORTGAGE ARRE         .00            .00           .00
STATE DISBURSEMENT UNIT   CHILD SUPPORT      770.75            .00           .00
FOUNDERS BANK             UNSECURED       NOT FILED            .00           .00
HSBC                      UNSECURED       NOT FILED            .00           .00
HEART CARE CENTER OF ILL  UNSECURED         3595.00            .00           .00
ILLINOIS COLLECTION SERV  UNSECURED       NOT FILED            .00           .00
KCA FINANCIAL SERVICE     UNSECURED       NOT FILED            .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED          402.00            .00           .00
NCO FINANCIAL SYSTEMS     UNSECURED       NOT FILED            .00           .00
RMI/MCSI                  UNSECURED       NOT FILED            .00           .00
SST FAIRLANE CREDIT       UNSECURED       NOT FILED            .00           .00
PROVIDIAN                 UNSECURED         3267.99            .00           .00
ASSET ACCEPTANCE CORP     UNSECURED           25.73            .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                     SECURED     PRIORITY   UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED       .00       770.75     7290.72         .00      8061.47
PRINCIPAL PAID           .00          .00          .00         .00          .00
INTEREST PAID            .00          .00          .00         .00          .00
TOTAL PAID               .00          .00          .00         .00          .00
The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   3500.00
and was paid $    244.00   direct and $    2555.10  through the plan.

The Trustee received $    144.90 .

Refunds to the Debtor totaled $      .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
```

in this case.


Dated: 12/16/08                              /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE




                              PAGE   2
     CASE NO. 07 B 15656 MARTIN N OBERG